DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

JASON SEROSKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0803

—————————————————

August 7, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

Jason Seroski, pro se.

PER CURIAM.

     Affirmed.

KHOUZAM, LABRIT and GUARD, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.